UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TROY D. BURKE, ) <br> ) <br> Defendant. ) | Case No. 24-CR-20038 |

**FILED**  
DEC 11 2024  
CLERK OF THE COURT  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA, ILLINOIS

**VERDICT**

We, the jury, find the defendant, Troy D. Burke, __Guilty__  
(guilty, not guilty)  
of the offense of Credit Union Robbery as charged in Count One of the indictment.

DATE: 12/11/24

s/Redacted  
s/Redacted  
s/Redacted  
s/Redacted  
s/Redacted  
s/Redacted  

s/Redacted  
s/Redacted  
s/Redacted  
s/Redacted  
s/Redacted  
s/Redacted  
Foreperson